

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Rosa Serrano d/b/a The Lens Factory, | § | No. 08-16-00327-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| Pellicano Business Park., L.L.C., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2013-DCV-3139) |
| | § | |

# O R D E R

Pending before the Court is Appellant's motion to extend time to file the district clerk's record and motion for appointment of counsel to represent her on appeal. The request for appointment of counsel is denied.

The reporter's and clerk's records were due to be filed on March 18, 2017, but neither has been filed. The Court has received a letter from the District Clerk stating that Appellant has not made financial arrangements for payment of the clerk's record. On February 28, 2017, Appellant filed a Statement of Inability to Afford Payment of Court Costs in a related case, *In re: Purported Mechanical and Materialman's Lien Claim of Lien Against Pellicano Business Park, LLC*, cause number 2012DCV06341 (our cause number 08-16-00291-CV), and neither the clerk nor the court reporter filed a motion challenging the Statement of Inability as permitted by TEX.R.CIV.P. 145(f). The information available to the Court indicates that the underlying cases, cause numbers 2012DCV06341 and 2013DCV3139, are closely related and were tried together on the same date, September 15, 2016. On the Court's own motion, we have filed Serrano's Statement of Inability in cause number 08-16-00327-CV, and we have determined that Serrano will be permitted to proceed without payment of costs in the instant appeal. Consistent with our order entered in cause number 08-16-00291-CV, the reporter's record will be limited to the final hearing held on September 15, 2016. Further, we will extend the due date for the clerk's and reporter's records to May 18, 2017. Appellant's request to extend the deadline for the clerk's record is denied as moot. All other relief requested in the motion is denied.

IT IS SO ORDERED this 3rd day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.